677 A.2d 1207

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Arthur CASTRO, Appellant.**

Supreme Court of Pennsylvania.

July 9, 1996.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED. Appellant's convictions for Corrupt Organizations and conspiracy to commit Corrupt Organizations is REVERSED and VACATED pursuant to this Court's decision in *Commonwealth v. Besch,* 544 Pa. 1, 674 A.2d 655 (1996). This matter is REMANDED to the trial court for RESENTENCING. Appellant's judgment of sentence in all other respects is AFFIRMED.